# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| GREEN ACRES CONTRACTING COMPANY, INC., | : | No. 31 MAP 2017 |
| | : | |
| | : | Appeal from the Order of the |
| Appellee | : | Commonwealth Court dated June 13, |
| | : | 2017 at No. 81 FR 2013 granting |
| | : | exceptions to the August 10, 2016 |
| v. | : | Order that Affirmed in Part & Reversed |
| | : | in Part the Decision of the PA Board of |
| | : | Finance & Revenue at No. 1113730 |
| COMMONWEALTH OF PENNSYLVANIA, | : | dated December 12, 2012. |
| | : | |
| Appellant | : | |

## ORDER

**PER CURIAM**                                    **DECIDED:  February 21, 2018**

   **AND NOW,** this 21st day of February, 2018, the order of the Commonwealth Court is affirmed.